# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 476 | **DATE** | 2/3/2010 |
| **CASE TITLE** | Mohammad, et al. vs. Airbus S.A.S., et al. | | |

**DOCKET ENTRY TEXT**

Motion of Thad T. Dameris for leave to appear pro hac vice on behalf of defendant Airbus S.A.S. [10] is granted. Motion of David J. Weiner for leave to appear pro hac vice on behalf of defendant Airbus S.A.S. [11] is granted. Motion of Christopher m. Odell for leave to appear pro hac vice on behalf of defendant Airbus S.A.S. [12] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|