**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOHAMED MAKKY ALTOUM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-00467 |
| | ) | |
| v. | ) | The Honorable Charles R. Norgle, Sr. |
| | ) | |
| AIRBUS, S.A.S., a corporation, et al., | ) | |
| | ) | Magistrate Judge Geraldine Soat |
| Defendants. | ) | Brown |
| | ) | |
| _____ | ) | |

**FRCP 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT OF DEFENDANTS
GOODRICH CORPORATION, GOODRICH ACTUATION SYSTEMS,
AND ROSEMOUNT AEROSPACE, INC.**

Defendants Goodrich Corporation, Goodrich Actuation Systems, Ltd., and Rosemount Aerospace, Inc. submit the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2.

1. Goodrich Corporation does not have a parent entity.

2. There is no publicly-held company that owns 10% or more of Goodrich Corporation stock.

3. Goodrich Actuation Systems, Ltd., a United Kingdom corporation, is a wholly-owned of subsidiary Goodrich Controls Holding, Ltd., which is a wholly-owned subsidiary of Goodrich Control Systems, Inc., which is a wholly-owned subsidiary of Goodrich Corporation.

4. Rosemount Aerospace, Inc., a Delaware corporation, is a wholly-owned subsidiary of Goodrich Corporation.

Respectfully submitted,

Defendants Goodrich Corporation,
Goodrich Aircraft Actuation Systems, Inc., and
Goodrich Sensors and Integrated Systems, Inc

By:  *s/ Daniel Cummings*
     One of Their Attorneys

Daniel Cummings
Alan S. Madans
Robin K. Powers
Rothschild Barry & Myers LLP (90707)
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
312.372.2345
cummings@rbmchicago.com
madans@rbmchicago.com
powers@rbmchicago.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF.

Dated:  February 3, 2010

*s/ Daniel Cummings*
Daniel Cummings