**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AL GASIM OBIED IBRAHIM MOHAMMAD, Special Administrator of the Estates of NAZIR ABDULRAHIM, deceased, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIRBUS, S.A.S., a corporation, et al., <br><br> Defendants. | Case No. 10 cv 00476 <br><br> The Honorable Judge Joan H. Lefkow <br><br> Magistrate Judge Martin C. Ashman |

**FRCP 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT OF DEFENDANTS GOODRICH CORPORATION, GOODRICH AIRCRAFT ACTUATION SYSTEMS, AND GOODRICH SENSORS & INTEGRATED SYSTEMS**

Defendants Goodrich Corporation, Goodrich Aircraft Actuation Systems, Inc., and Goodrich Sensors and Integrated Systems, Inc. submit the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2.

1. Goodrich Corporation does not have a parent entity.

2. There is no publicly-held company that owns 10% or more of Goodrich Corporation stock.

3. Goodrich Actuation Systems, Ltd. is a United Kingdom corporation, incorrectly sued as Goodrich Aircraft Actuation Systems, Inc. Goodrich Actuation is a wholly-owned subsidiary Goodrich Controls Holding, Ltd., which is a wholly-owned subsidiary of Goodrich Control Systems, Inc., which is a wholly-owned subsidiary of Goodrich Corporation.

    4. Rosemount Aerospace, Inc., a Delaware corporation, incorrectly sued herein as Goodrich Sensors & Integrated Systems, Inc., is a wholly-owned subsidiary of Goodrich Corporation.

          Respectfully submitted,

          Defendants Goodrich Corporation,
          Goodrich Aircraft Actuation Systems, Inc., and
          Goodrich Sensors and Integrated Systems, Inc

         By:  *s/ Daniel Cummings*
            One of Their Attorneys

Daniel Cummings
Alan S. Madans
Robin K. Powers
Rothschild Barry & Myers LLP (90707)
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
312.372.2345
cummings@rbmchicago.com
madans@rbmchicago.com
powers@rbmchicago.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the date set forth below, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF.

Dated: February 3, 2010

          *s/ Daniel Cummings*
          Daniel Cummings